[Civ. No. 3684. First Appellate District, Division One.—May 6, 1921.]

WALTER M. BOWEN, etc., Appellant, v. E. A. CREIGH-TON et al., Respondents.

[1] NONPROFIT CORPORATIONS—ELECTION OF OFFICERS—BALLOTING BY MAIL—INVALID BY-LAW.—Judgment reversed on the authority of *Powers* v. *Marine Engineers' Beneficial Assn., etc., et al., ante,* p. 551.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. Frank J. Murasky, Judge. Reversed.

The facts are the same as those stated in the opinion in *Powers* v. *Marine Engineers' Beneficial Assn., etc., et al., ante,* p. 551.

George D. Collins, Jr., for Appellant.

Bell, Brookman, Simmons & Creech for Respondents.

KERRIGAN, J.—This is an appeal by petitioner from a judgment in a special proceeding prosecuted under the provisions of sections 312 to 315 of the Civil Code, to annul and

set aside an election of officers of the defendant corporation held in the month of December, 1919.

[1] The facts in this case and the case of *Powers* v. *Marine Engineers' Beneficial Assn.,* etc., et al., *ante,* p. 551, [199 Pac. 353], are substantially the same, and the points raised in this case are disposed of by what we have said in the last named case, except as to respondent Thomas Healey, who in the election of officers in the year 1919 was elected for a term of five years. It follows from what we have said in the case of *Powers* v. *Marine Engineers' Beneficial Assn.* that the election for the year 1919 was void, and that there should be a new election to fill the office now held by said respondent Healey.

The judgment is reversed.

Richards, J., and Waste, P. J., concurred.

A petition for a rehearing of this cause was denied by the district court of appeal on June 4, 1921, and a petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on July 5, 1921.

All the Justices concurred, except Shurtleff, J., who did not vote.